# United States Court of Appeals
## For the First Circuit

No. 13-2329

THOMAS STALCUP

Plaintiff, Appellant,

v.

CENTRAL INTELLIGENCE AGENCY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on October 6, 2014 is amended as follows:

On page 6, line 14, change "Ambramsom" to "Abramson"

On page 17, line 4, change "Serivce" to "Service"